IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMAR MOSLEY,

        Plaintiff,                   No. CIV S-05-1787 FCD KJM P

    vs.

ROSANNA CAMPBELL, et al.,

        Defendants.            <u>ORDER</u>

                           /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed May 24, 2007, plaintiff's amended complaint was dismissed with leave to file a second amended complaint. Plaintiff has now filed a second amended complaint.

        Plaintiff's second amended complaint states cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the second amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his First Amendment and RLUIPA[1] claims against defendants Campbell, Grannis, Hernandez, Arthur and Bunnel. Therefore, the court will order service of process on these defendants. With respect to

---

[1] Religious Land Use and Institutionalized Persons Act.

1

the other defendants and claims identified in plaintiff's second amended complaint, plaintiff's second amended complaint fails to state a claim upon which relief can be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Campbell, Grannis, Hernandez, Arthur and Bunnel.

2. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed June 22, 2007.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

  a. The completed Notice of Submission of Documents;
  b. One completed summons;
  c. One completed USM-285 form for each defendant listed in number 1 above; and
  d. Six copies of the endorsed amended complaint filed June 22, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: November 1, 2007.

_____
U.S. MAGISTRATE JUDGE

---

1
mose1787.1(6.22.07)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMAR MOSLEY,

     Plaintiff,                                            No. CIV-S-05-1787 FCD KJM P

   vs.

ROSANNA CAMPBELL, et al.,                         <u>NOTICE OF SUBMISSION</u>

     Defendants.                                           <u>OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     ____ completed summons form

     ____ completed USM-285 forms

     ____ copies of the _____
                             Second Amended Complaint

DATED:

                                                            _____
                                                             Plaintiff