1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMAR MOSLEY,

       Plaintiff,                    No. CIV S-05-1787 FCD KJM P

   vs.

ROSANNA CAMPBELL, et al.,

       Defendant.               <u>ORDER</u>

_____/

       Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On December 6, 2007, plaintiff filed a motion for summary judgment. Plaintiff's motion is premature as defendants have not yet appeared in this action. Therefore, IT IS HEREBY ORDERED that plaintiff's December 6, 2007 motion for summary judgment is denied.

DATED: January 10, 2008.

                                                 _____
                                                 U.S. MAGISTRATE JUDGE

1
mosl1787.msj