IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LAMAR MOSLEY,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**ROSANNA CAMPBELL, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:05-cv-1787 FCD KJM P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO THE COMPLAINT** |

Good cause appearing, counsel for Defendants is granted thirty days from February 4, 2008, to and including March 5, 2008, to file a response to the complaint.

DATED: February 15, 2008.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order

1