IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMAR MOSLEY,

      Plaintiff,                        No. CIV S-05-1787 FCD KJM P

   vs.

ROSANNA CAMPBELL, et al.,

      Defendant.                  <u>ORDER</u>

_____/

       On February 11, 2008, plaintiff filed a motion for summary judgment. Plaintiff's motion is premature as defendants have not yet filed a response to plaintiff's complaint. His motion (docket no. #24) is denied.

DATED: February 29, 2008.

_____
U.S. MAGISTRATE JUDGE

1
mosl1787.msj